| | |
|---|---|
| 1  ALEX B. PEREZ (SBN 179331) | **JS-6** |
| 2  Law Offices of Perez & Perez  E-mail: abp@perezandperez.com | |
| 3  301 W. La Habra Blvd. | |
| 4  La Habra, CA 90631  Tel: (714) 961-1966 Fax: (714) 961-1972 | |
| 5  *Attorney for Plaintiff Alan Palomino* | |

ALEX B. PEREZ (SBN 179331)
Law Offices of Perez & Perez
E-mail: abp@perezandperez.com
301 W. La Habra Blvd.
La Habra, CA 90631
Tel: (714) 961-1966 Fax: (714) 961-1972
*Attorney for Plaintiff Alan Palomino*

GREGG M. AUDET (SBN 158682)
Deputy City Attorney
E-mail: gaudet@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123
*Attorneys for Defendants*
*City of Anaheim and Jason Smith*

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PALOMINO, an individual, | Case No.: 8:18-cv-1498 DOC (JDEx) |
| Plaintiff, | Assigned to: Judge David O. Carter  Dept.: 9D |
| v. | **STIPULATED ORDER FOR VOLUNTARY DISMISSAL [31]** |
| CITY OF ANAHEIM, a municipality; OFFICER JASON SMITH, an individual; and DOES 1 - 10, inclusive, | Action Filed: 8/23/2018  Trial Date: 1/28/2020 |
| Defendants. | |

The parties, plaintiff Alan Palomino and defendants the City of Anaheim and Jason Smith (collectively the "Parties"), through their respective attorneys of record, hereby submit the following stipulation for dismissal without prejudice.

**Stipulated Order for Voluntary Dismissal**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), upon the request of plaintiff the parties hereby stipulate to the dismissal of this action without prejudice.

**IT IS SO STIPULATED.**

Dated: April 25, 2019       LAW OFFICES OF PEREZ & PEREZ

By: _____/s/ Alex B. Perez_____
Alex B. Perez
Attorneys for Plaintiff
Alan Palomino

Dated: April 25, 2019       ROBERT FABELA, CITY ATTORNEY

By: _____/s/ Gregg M. Audet_____
Gregg M. Audet
Attorneys for Defendants
City of Anaheim and Jason Smith

**IT IS SO ORDERED.**

_____
DAVID O. CARTER
U.S. District Judge

Dated: April 26, 2019